1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   KATHERINE DOWLING (CABN 220767)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
7     Telephone: (415) 436-6833
      Facsimile: (415) 436-6982
8     Email: katherine.dowling@usdoj.gov

9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 10-0833 RS
14                                  )
                                    )
15        Plaintiff,                )   [PR~~OPO~~SED] ORDER EXCLUDING
                                    )   TIME FROM NOVEMBER 17, 2010
16     v.                           )   THROUGH DECEMBER 14, 2010
                                    )
17 RAMIRO MACIEL-OROSCO,            )
   RIGOBERTO MORFIN-ARIAS,          )
18 PEDRO GARCIA,                    )
   NOE BAUTISTA-GARCIA,             )
19 EDUARDO PEREZ-VARGAS, and        )
   DIEGO PEREZ-VARGAS,              )
20                                  )
          Defendants.                )
21 _____  )

22
        The parties appeared in Court on November 17, 2010, for an arraignment on the
23
   indictment. The parties were set to appear for a status hearing on December 14, 2010 in the
24
   district court. All parties stipulated to and the Court ordered the exclusion of time under the
25
   Speedy Trial Act from November 17, 2010 up to and including December 14, 2010 for effective
26
   preparation of counsel.
27
        Based upon the parties' representation and for good cause shown, THE COURT
28

SPEEDY TRIAL ACT ORDER
CR 10-0833 RS                           1

ORDERS THAT:

1.    Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from November 17, 2010 up to and including December 14, 2010 for effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendants. 18 U.S.C. § 3161(h)(7)(B)(iv).

2.    Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 17, 2010 up to and including December 14, 2010 outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.    Accordingly, and with the consent of the defendants, the Court orders that the period from November 17, 2010 up to and including December 14, 2010 be excluded from the Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED:    12/16/10



_____
THE HONORABLE RICHARD SEEBORG. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

SPEEDY TRIAL ACT ORDER
CR 10-0833 RS    2